**STATE**

v.

**Anthony BENEVIDES.**

**No. 79–180–C.A.**

Supreme Court of Rhode Island.

Sept. 4, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

John A. MacFadyen III, Asst. Public Defender, for defendant.

## ORDER

The defendant's motion to supplement the record is granted.

DORIS, J., did not participate.